## 31638. DORRIS v. THE STATE.

INGRAM, Justice.

Appellant was convicted of rape in the Superior Court of Fulton County and sentenced to 20 years imprisonment. The sole enumeration of error is that the trial judge erred in failing to rebuke the prosecutor for an alleged improper statement made during the state's closing argument and in failing to give the jury cautionary instructions. This enumeration of error has been considered and found to be without merit.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 15, 1976 — DECIDED OCTOBER 26, 1976.

*K. Reid Berglund,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney, Arthur K. Bolton, Attorney General, B. Dean Grindle, Jr., Assistant Attorney General,* for appellee.